Demarcus V. Coleman
V.
C.O McLemore, Et. Al

Case # 2:19-cv-899-LSC-SGC

FILED
2019 JUN 19 A 10:05
U.S.b. ALABAMA
N.D. OF

## Motion For Discovery

Plaintiff Moves for motion For Discovery in this case, In support of this Motion, Plaintiff Ask's: 1) Pictures and Medical Records of Plaintiff thats In Custody of ALDoc Pretaining to the Incident that occured on April-15-2019: 2) Plaintiff would like to ask For Administrative Regulation Rules on cell extraction and security Procedures; Telling me the rules that govern the correctional Officers conduct.

Date: June-14-2019

Signature: Demarcus Coleman

Address: 100 Warrior Lane Bessemer, AL 35023