# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **DEMARCUS COLEMAN,** ) | |
| **AIS# 300844,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **CIVIL ACTION NO.:** |
| ) | **2:19-cv-00899-LSC-SGC** |
| ) | |
| **CORRECTIONAL OFFICER** ) | |
| **ZACHARY MCLEMORE, et al.,** ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR EXTENSION OF TIME

COME NOW the Defendants, Zachary McLemore, Joe L. Binder, Keller Speaks and Roderick Gadson, by and through undersigned counsel, and move for an extension of time of thirty-one (31) days to file their Answer and Special Report in this cause and for grounds state as follows:

1. The Defendants' Answer and Special Report in this cause is due Friday, September 20, 2019.

2. The undersigned is in the process of collecting and/or reviewing affidavits, institutional records and other materials which are needed to adequately respond to Plaintiff's allegations.

3. The undersigned, therefore, requires additional time to properly respond to Plaintiff's allegations.

4. This is said Defendants' first request for an extension.

5. This enlargement is not requested for any improper purpose and should not prejudice or disadvantage the inmate Plaintiff.

WHEREFORE, based on the foregoing, Defendants respectfully request an enlargement of time of thirty-one (31) additional days, up to and including **Monday, October 21, 2019**, to file their Answer and Special Report.

                Respectfully submitted,

                STEVE MARSHALL
                ATTORNEY GENERAL

                /s/ J. MATT BLEDSOE
                J. MATT BLEDSOE (BLE006)
                Assistant Attorney General
                Counsel for Defendants
                McLemore, Binder, Speaks and Roderick Gadson

**OF COUNSEL:**

OFFICE OF THE ATTORNEY GENERAL
501 Washington Avenue
Montgomery, Alabama 36130
334-242-7443
mbledsoe@ago.state.al.us

## **CERTIFICATE OF SERVICE**

I hereby certify that I have on this the September 18, 2019, filed the foregoing with the Clerk of the Court, using the ECF filing system, and that I have further served a copy of the foregoing upon the following parties, by placing same in the United States Mail, postage prepaid and properly addressed as follows:

> Demarcus Coleman, AIS # 300844
> W.E. Donaldson Correctional Facility
> 100 Warrior Lane
> Bessemer, AL 35023

        /s/ J. MATT BLEDSOE
        OF COUNSEL