UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DEMARCUS COLEMAN   #300844** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO. 2:19-CV-00899-LSC-SGC |
| | ) |
| **CORRECTION OFFICER ZACKERY** | ) |
| **McLEMORE, et al.,** | ) |

A F F I D A V I T

Before me, the undersigned authority, a Notary Public, in and for said County and State of Alabama at large, personally appeared Zackery McLemore who being known to me and being by me first duly sworn, deposes and says on oath as follows:

My name is Zackery McLemore. I am currently employed with the Alabama Department of Corrections as Correctional Officer at William E. Donaldson Correctional Facility, Bessemer, AL 35023.

I, Correctional Officer Zackery McLemore, am named in Inmate Demarcus Coleman's M/300844 complaint. On the date of April 15, 2019, at approximately 11:00 a.m., I was assigned rover of X&Y and was assisting Correctional Officer Roderick Gadson in feeding Y-unit cells Y-24 through Y-13. I opened cell Y-15 and inmate Coleman exited the cell door with his fists clenched and stated he wanted to catch the white one (Officer McLemore). I gave him several direct orders to calm down and step back inside his assigned cell. Inmate Coleman refused to comply with the order given and stated he was going to beat my ass. I continued to give inmate Coleman direct orders to return to his cell. Inmate Coleman still refused to comply and assumed a boxer's stance, continuously moving towards me. I retrieved my Sabre Red chemical agent (Can #72; Chit #72; Serial #5018307) and administered a one, one-second burst of the chemical agent to inmate Coleman's facial area. The agent had no effect on inmate Coleman. Inmate Coleman continued to move towards me and began swinging his clenched fists wildly at me. I

administered a series of palm hell strikes to inmate Coleman's facial area, attempting to create distance. Once distance was created, I, with the assistance of Officer Gadson was able to get inmate Coleman to the floor. I applied the handcuffs to the rear of inmate Coleman and double locked the handcuffs. I, with the assistance of Officer Gadson, assisted inmate Coleman to his feet and escorted him to the infirmary for decontamination and a body chart. No further force was used on my behalf.

Inmate Coleman's allegations of what actually occurred during the incident and days afterwards are completely false. At no time was he slapped, kicked, stomped, dragged or struck with a baton. Only the amount of force necessary to stop inmate Coleman's assault was used. At no time was inmate Coleman denied medical or mental health treatment on my behalf or at any time to the best of my knowledge.

_____
Zackery McLemore, Correctional Officer

Sworn and subscribed before me and given under my hand and official seal this the 12th of August, 2019

NOTARY PUBLIC _Taylor A. Rutley_
My Commission Expires: _10-31-20_