UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DEMARCUS COLEMAN   #300844** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO. 2:19-CV-00899-LSC-SGC |
| | ) |
| **CORRECTION OFFICER ZACKERY** | ) |
| **McLEMORE, et al.,** | ) |

AFFIDAVIT

Before me, the undersigned authority, a Notary Public, in and for said County and State of Alabama at large, personally appeared Joe L. Binder who being known to me and being by me first duly sworn, deposes and says on oath as follows:

My name is Joe L. Binder. I am currently employed with the Alabama Department of Corrections as Correctional Officer at William E. Donaldson Correctional Facility, Bessemer, AL 35023.

I, Correctional Officer Joe L. Binder, am named in Inmate Demarcus Coleman's M/300844 complaint. While feeding on Y-side on April 15, 2019, at approximately 11:00 a.m., Correctional Zackery McLemore opened the cell door to Y-15. I observed inmate Coleman on the outside of his assigned cell standing in an aggressive stance with his hands clinched. Inmate Coleman stated, "I want the white boy one on one." Correctional Officer Roderick Gadson instructed inmate Coleman to step back into his cell and calm down. Inmate Cole refused to step back into his assigned cell. Inmate Coleman continued trying to get into an altercation with Officer McLemore by attempting to swing on Officer McLemore. Inmate Coleman was sprayed with Sabre Red to the facial area by Officer McLemore. Inmate Coleman received several palm heel strikes to the facial area from Officer McLemore. Officer McLemore and Officer Gadson gained control by taking inmate Coleman to the floor. Inmate Coleman was handcuffed to the rear and assisted to his feet. Inmate Coleman was escorted to the infirmary for medical attention and decontamination.

_____
Joe L. Binder, Correctional Officer

Sworn and subscribed before me and given under my hand and official seal this the 12th of August, 2019

NOTARY PUBLIC _Taylor A. Rutley_
My Commission Expires: _10-31-20_