UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DEMARCUS COLEMAN    #300844 ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO. 2:19-CV-00899-LSC-SGC |
| ) | |
| CORRECTION OFFICER ZACKERY ) | |
| McLEMORE, et al., ) | |

A F F I D A V I T

Before me, the undersigned authority, a Notary Public, in and for said County and State of Alabama at large, personally appeared Roderick Gadson who being known to me and being by me first duly sworn, deposes and says on oath as follows:

My name is Roderick Gadson. I am currently employed with the Alabama Department of Corrections as Correctional Officer at William E. Donaldson Correctional Facility, Bessemer, AL 35023.

I, Correctional Officer Roderick Gadson am named in Inmate Demarcus Coleman's M/300844 complaint. On the date of April 15, 2019, at approximately 11:00 a.m., I was feeding in Y-unit cells, Y-24 through Y-13 with Correctional Officer Zackery McLemore. Officer McLemore opened cell Y-15 and inmate Coleman exited the cell door with his fists clenched and stated he wanted to catch the one with the white Officer. I gave him several direct orders to calm down and step back inside his assigned cell. Inmate Coleman refused to comply with the orders given. Officer McLemore sprayed inmate Coleman in the facial area and I was able to get inmate Coleman to the floor, handcuffs were applied to the rear of inmate Coleman and double locked. Officer McLemore and I assisted inmate Coleman to his feet and escorted him to the infirmary for decontamination and a body chart.

_____
Roderick Gadson, Correctional Officer

Sworn and subscribed before me and given under my hand and official seal this the 12th of August, 2019

NOTARY PUBLIC _Taylor A. Rutley_

My Commission Expires: _10-31-20_