CERTIFICATION OF MEDICAL RECORDS

I, Cheryl Prestley, hereby certify and affirm that I am Medical Records Custodian, employed with Wexford Health Services, at William E. Donaldson Correctional Facility; that the attached documents are true and correct photocopies of the excerpts from the medical records for Inmate **Demarcus Coleman #300844,** incarcerated at William E. Donaldson Correctional Facility.

This, I do hereby certify and affirm to on this 13th day of August, 2019.

*Cheryl Prestley*
Cheryl Prestley
Medical Records Custodian

STATE OF ALABAMA    )
JEFFERSON COUNTY    )

SWORN TO AND SUBSCRIBED BEFORE ME AND GIVEN UNDER MY HAND AND OFFICIAL SEAL, THIS 13th DAY OF AUGUST, 2019.

*Taylor A. Rutley*
NOTARY PUBLIC
10-31-20
MY COMMISSION EXPIRES

Alabama Department of Corrections
Sick Call Request



Mental Health

**Reason for Sick Call Request:**

I've been feeling things crawling on my skin feels like bugs are on me, but when I look there's nothing. I've also been having real bad headaches & dizzyness which causes lack of sleep. Please see me!

Name (print): Demarcus Coleman   AIS # 300844   Date of Birth: [redacted]
Institution: W.E. Donaldson Corr. Fac   Housing Area: W-40   Date: 4-5-2019

Sick Call Form Collected by Health Staff: AG (initials) Title: RN Date: 6/5/19 Time: 1540

**Request Triaged (check as appropriate):**

A. ___ Sick Call Nurse Encounter Not Required
(1) ___ Referring to Chronic Care Manager
(2) ___ Written Response/Instruction Being Provided

B. ✓ Nurse Sick Call Encounter Required
(1) ___ Bring to HCU at this time for further evaluation
(2) ✓ Evaluate in next scheduled Nurse Sick Call Clinic

Signature/Title: A Goodm RN    Date: 6/5/19

**Sick Call Encounter (Nurse Evaluation Tool Completed):**

1 ___ Resolved by Nurse Encounter
2 ___ Referral for follow up required; to be scheduled

Co-Pay Fee Incurred:
X $4.00 - Nurse
___ $4.00 – OTC(s); If Restrictive Housing–no OTC charge
___ $4.00 – Scheduled but Refused Encounter

(a) ___ Medical Provider
(b) ___ Dental Clinic
(c) X Mental Health Services
(d) ___ Other: ___

Inmate Name: Demarcus Coleman    AIS#: 300844

ADOC-OHS form E-7 (a) 022013
Issued 10/2013, Revised 11/2014

Distribution: Original (page 1)-Inmate Health Record
Copy (page 3)-retained by inmate
Copy (page 2)-inmate post health review

## Alabama Department of Corrections
### Inmate Body Chart Documentation Form



Institution: **WEDCF**  Date: **4.15.19**  Time: **1128**

Individual Requesting Body Chart (print name): **Mechalske**  Title: **Sgt**

**Inmate statement:**

"I opened the door to get my tray and got sprayed and beat with sticks."

*(Body diagram annotations: Scratches & contusion; Small contusion; Contusion; Large contusion; Contusion)*

**Description of markings:**

Multiple contusions to forehead. Scratches/contusion behind (L) ear, Small contusion behind (R) ear.

**Check below:**
___ *NET additionally completed and filed in the inmate health record.
___ *Special Health Needs Communication Form completed and distributed, as necessary.

Health Professional (signature): **J. Pedigo LPN**  Date: **4.15.19**  Time: **1130**

Inmate Name: **Coleman, Demarcus**  AIS #: **300844**  DOB: ███

Issued 8/2014

File: Original-Inmate Health File   Copy: ADOC Official
ADOC Office of Health Services   Form E 11 (a) 8/2014

## Alabama Department of Corrections
### Inmate Body Chart Documentation Form



Institution: **Donaldson**  Date: **4-15-19**  Time: **2000**

Individual Requesting Body Chart (print name): **Jenkins**  Title: **LT**

**Inmate statement:**

"I was beat up by the police" "I don't know why"

**Description of markings:**

Bruise to whole forehead and right shoulder + upper right arm. Abrasion to Right forehead approx 9 cm. Bruise on bridge of nose and on head behind right ear.

Check below:
___ *NET additionally completed and filed in the inmate health record.
___ *Special Health Needs Communication Form completed and distributed, as necessary.

Health Professional (signature): **L Hoyt LPN**   Date: **4-15-19**  Time: **2005**

Inmate Name: **DeMarcus Coleman**   AIS #: **300844**   DOB: [redacted]

File: Original-Inmate Health File   Copy: ADOC Official
Issued 8/2014   ADOC Office of Health Services   Form E 11 (a) 8/2014



## Wexford Health
SOURCES INCORPORATED

### Progress Note

Name: Coleman, Demarcus
Date of Birth: [redacted]
ID #: 300844

| Date | Time | Description | Signature/Title |
|---|---|---|---|
| 8May19 | 0849 | wt. 168 BP 108/80 P 58 R 16 T 98.9 SpO2 98% | [signature] |
| | | S - I was hit by the officer on my chest & face about a week ago. I am very discouraged. I have pain in my chest. | |
| | | O - Tenderness ® posterior lateral chest. Breath sounds present. ō wounds noted to face. | |
| | | A - Musculoskeletal pain | |
| | | P - • Chest X-ray to R/O fx rib
• Ibuprofen - 200 mg PO TID x 10 d
• Tylenol - 325 mg TID x 10 d. | R.F. Riddam, MD |
| June 19 | 0806 | 170 lbs BP 104/74 P 61 R 16 T 97.6 SpO2 98% RA c/o back pain | |
| | | S - Back pain - Police beat me & hit me in my spine and right back chest (See above note). | |
| | | O - Chest X-ray showed ō fx or other findings of trauma. Reviewed film & report - Explained to inmate. | |
| | | A/P - He requests refill on Tylenol / Ibuprofen. E - man refused meds | |
| | | Tylenol - 325 mg TID x 10 d.
Ibuprofen - 200 mg TID x 10 d. | R.F. Riddam, MD |

**COMPLETE BOTH SIDES BEFORE USING ANOTHER SHEET**

CS1104AL

# Alabama Department of Corrections
## Sick Call Request

*IS anyone getting my sick calls? Cause I am documenting paperwork!*

**Reason for Sick Call Request:**
My Back is Hurting real bad, I cant sleep + it feel like my Ribs are broken. Please see me. I've been sending sickcalls, but I haven't been seen. I was struck in head w/ baton + I'm seeming to loose memory + seeing bugs that arent really there.

Name (print): Demareus Coleman   AIS # 300844   Date of Birth: [redacted]
Institution: Donaldson Correction Facility   Housing Area: Y-48   Date: 5-11-19

Sick Call Form Collected by Health Staff: _____ (initials) Title: _____ Date: _____ Time: _____

**Request Triaged** (check as appropriate):

A. _____ Sick Call Nurse Encounter Not Required
~~Refused See Release~~
~~5-14-19~~ *Error wrong pt.*

(1) _____ Referring to Chronic Care Manager
(2) _____ Written Response/Instruction Being Provided

B. ✓ Nurse Sick Call Encounter Required
(1) _____ Bring to HCU at this time for further evaluation
(2) ✓ Evaluate in next scheduled Nurse Sick Call Clinic

Signature/Title: [signature]   Date: 5-16-19

**Sick Call Encounter** (Nurse Evaluation Tool Completed):

1 _____ Resolved by Nurse Encounter
**Co-Pay Fee Incurred:**
_____ $4.00 - Nurse
_____ $4.00 – OTC(s); If Restrictive Housing-no OTC charge
_____ $4.00 – Scheduled but Refused Encounter

2 _____ Referral for follow up required; to be scheduled
(a) _____ Medical Provider
(b) _____ Dental Clinic
(c) _____ Mental Health Services
(d) _____ Other: _____

Inmate Name: Demarkus Coleman   AIS#: 300844

ADOC-OHS form E-7 (a) 022013
CP7166AL
Issued 10/2013, Revised 11/2014

Distribution: Original (page 1)-Inmate Health Record
Copy (page 3)-retained by inmate
Copy (page 2)-inmate post health review

**Wexford Health** SOURCES INCORPORATED

ALABAMA PROGRESS NOTES

HSR#
Date/Time 5-14-19 / 1419

Offender Information:
Last Name: Coleman
First Name: Demarcus
MI:
ID#: 300244 (?)

## BACKACHE

### Subjective, Objective, Assessment

S) "My ribs + my back hurts"

Allergies? NKA    Meds? yes

Cause of pain? "I was jumped on by the Police"

Was the pain immediate or delayed?

Duration of pain: 4-15-19 To Now

Location and pattern (radiation) what worsens/eliminates? Ribs + Back

How severe (wake you up at night, worse with cough)? 8 of 10

Fever, chills, night sweats, dysuria: None

Pain on urination? Y / (N)

Urinary frequency? Y / (N)

Color of urine: N/A

O) 97%
T 99.0   P 85   R 16   BP 96/80   WT 164

Limitation with movement? No

Gait disturbance? No

Distress or pain with movement, impaired ROM? Y/(N)

Any change from sitting to standing? No

Tenderness to touch? Yes

Swelling, redness, bruises?
Lower Lungs: Congested, wheezing, (normal lung sounds?)

A) Alteration in Comfort

Signature/Title: [signature]

### Plans

P)

**Refer to Provider:**
Abnormal vital signs or temperature > 100.5°F.
Loss of sensation apparent.
Difficulty walking.
Complaints of numbness
Patient appears in severe pain
Abnormal vital signs.
Urine is dark or bloody.
Foot drop is present.
No relief after 48 hour trial of treatment protocols side.

**Nursing Intervention:**
Apply cool compresses or moist heat to the affected areas prn.
Avoid sporting activities until pain has been gone for at least 2 weeks.
For discomfort:
If patient does not have contraindication to NSAIDs: give: Ibuprofen 200 mg 2 tabs p.o. b.i.d. prn x 5 days (max OTC dose is 1200 mg per day).
NSAID contraindication: Acetaminophen 325 mg, up to 2 tablets p.o. t.i.d. p.r.n. x 5 days.
For chronic condition, heat packs PRN.
If indicated, bed rest and 24-48 hrs PRN, no lifting x 5 days.

**Patient Teaching:**
Proper body mechanics / safety measure.
Sports restriction (avoid weightlifting / strenuous activity).
If injury could have been prevented, instruct on safety measures.

Understanding Voiced (Y) N

**Follow up:**
Return to sick call if discomfort worsens or persists past 5 days or prevents normal activities.

Pt. stated p Told he would be put on med for pain. "I don't realy need anything for pain I just want the paper work done."

BACKACHE

Rev. 6/27/2018 Wexford Health Sources, Inc. PROPRIETARY and CONFIDENTIAL

## Alabama Department of Corrections
### Inmate Body Chart Documentation Form



Institution: **Donaldson**   Date: **5/24/19**   Time: **0947**

Individual Requesting Body Chart (print name): **Lt Watts**   Title: **Lt.**

Inmate statement:

"**I don't want to talk**"

Description of markings:

**0 visible injuries noted. Release to DOC**

Check below:
____ *NET additionally completed and filed in the inmate health record.
____ *Special Health Needs Communication Form completed and distributed, as necessary.

Health Professional (signature): **A Hardie LPN**   Date: **5/24/19**   Time: **0050**

Inmate Name: **Coleman, Domarcus**   AIS #: **300844**   DOB: [redacted]

Issued 8/2014

File: Original-Inmate Health File   Copy: ADOC Official
ADOC Office of Health Services   Form E 11 (a) 8/2014

**Wexford Health**
SOURCES INCORPORATED

ALABAMA
PROGRESS NOTES

1230
HSR# WEDCF
Date/Time 5-25-19

Offender Information:
Last Name: Coleman
First Name: Marcus
MI:
ID#: 3W844

## CHEST PAIN – PRESUMED CARDIAC ORIGIN

| Subjective, Objective, Assessment | Plans |
|---|---|
| **S)** I got a bubble in my chest | **P)** |
| Allergies? NKDA | Refer to Provider: |
| How long has the pain been present? for a min. 1½ months | Age 35 or older; |
| Any recent injury or muscle strain? no | Personal history of CAD, family history of early CAD, hypertension, diabetes, high cholesterol or cocaine or other stimulant use. |
| How did it start (for example: activity, at rest)? laying | |
| What relieves the pain, what increases the pain (coughing, breathing, activity)? no, drink a little water | Severe pain, cardiac and/or respiratory distress. SOB and any abnormal vital signs |
| Any past medical history or family history of cardiac problems? no | Abnormal skin color or peripheral circulation. |
| RX and compliance with? Time of last dose? — | Strong suspicion of cardiac origin. |
| Describe the pain (sharp, knife-like, tightness, squeezing, dull, stabbing). Rate pain on scale of 1-10 (see below) Feels like something closed up in my chest | If unable to reach MD in reasonable time, or if patient unstable, call for an ambulance. |
| 1 – 2 – 3 – 4 – 5 –(6)– 7 – 8 – 9 – 10 | Nursing Intervention: Place patient in comfortable position, preferably lying down with head up. Notify physician. |
| Location of pain: chest, arm, jaw, mid chest | If patient does not have a contraindication to aspirin: Chew 1 regular strength aspirin (325 mg). |
| Any numbness to arm, shoulder, mandible or neck no | Record vital signs. Reassure patient. |
| Any other associated symptoms? N/V dizzy diaphoresis no | Document status and treatment administered. Document history or pain, location, radiation, duration. |
| **O)** T 98° P 63 R 16 BP 97/70 WT 165  98% | Start oxygen at 2 liters/minute. Be prepared to perform CPR/have AED available. |
| EKG completed NSR | Heartburn: Mylanta, 1 ounce (30 ml) 1 time. Further orders as per MD. |
| Check apical (regular,) irregular) | If condition appears emergent: |
| Auscultate lungs clear | - Start IV, any fluid, if IV services are available at your site and obtain subsequent order at 10 cc/hr. |
| Note general appearance (diaphoretic, dyspnea, skin color, fatigued) none | - Administer Nitroglycerine Sublingual 0.4 mg if SBP>100, document BP reading and obtain subsequent order. |
| Diaphoresis Y /(N) | |
| Dizziness Y /(N) | States this comes after he eats. He lays down P He eats |
| Nausea/vomiting Y /(N) | **Patient Teaching:** Encourage patient to relax since chest pain is not always serious, but a nurse/doctor should check the patient over. For recurrent chest pain, the patient should do the following: |
| Cyanosis Y /(N) | |
| Weakness Y /(N) | • Sit down for a few minutes. • RELAX. Getting nervous will tighten up chest muscles and make the heart beat faster. |
| Skin color: pink mottled, cyanotic, gray, pale, flushed WN | • Breathe slowly and evenly with a pause between breaths. |
| Skin temperature: (warm) hot, cool, clammy, dry | • If symptoms do not go away fairly soon, see the nurse or sign up to sick call. |
| Swelling or edema in lower extremeties: note if present in one or both no | Follow-Up: As indicated by MD. |
| **A)** Alteration in Health Maintenance Alteration in Comfort | |

Signature/Title: V. Smith RN

1258

**Wexford Health** SOURCES INCORPORATED

ALABAMA
PROGRESS NOTES

HSR# _____
Date/Time 6-6-19/1000
**ALTERED MENTAL STATUS**

Offender Information:
Last Name: Colman
First Name: Demarcus
MI: ___
ID#: 300844

| Subjective, Objective, Assessment | Plans |
|---|---|
| **S)** "I fill like bugs be crawling on me" <br> How long have the symptoms been present? 1 month <br> Have you ever had this problem before? If yes, when? Describe. No <br><br> Abnormal behavior observed by whom? None <br> If signs of trauma are present, describe the injury. None <br> Use of alcohol or drugs in the past 2 weeks? Describe. No <br><br> Any fever, (chills), diaphoresis? every now & then <br> Any dizziness, blurred vision, headache, loss of consciousness? None <br> Any hallucinations? Explain. Bugs crawling on me but not there <br> Any nausea/vomiting? If so, describe frequency and duration. None | **P)** <br> Urgent MD/PA/NP referral by nurse <br> • Abnormal vital signs (T > 100, P > 100, SBP < 100) <br> • Glasgow coma scale ≤ 13 <br> • Nausea/vomiting x ≥ 24 hours <br> • Weak/abnormal hand grips <br> • Unequal pupils <br> • Facial asymmetry <br> • Headache and stiff neck <br> • Abnormal fingerstick (non-diabetic: < 60 or > 200; diabetic: < 70 or > 240) <br> • Abnormal urine dip |
| **O)** 96? <br> T 98.2  P 87  R 18  BP 110/80  WT 166 <br> Neurological examination <br> Level of consciousness A&Ox3 <br> Behavior WNL <br> Speech pattern WNL <br> Eye examination PERRLA <br> Facial symmetry = <br> Hand grips = <br> Breath sounds CTAB <br><br> Skin evaluation WNL <br> Temperature Dry, Warm <br> Color WNL <br> Apparent injury None <br> Glasgow Coma Scale 15 <br> Fingerstick blood sugar N/A <br> Urine dip N/A | Nursing Interventions Mental health referral <br> • CPR as indicated <br> • Oxygen at 2 LPM via nasal cannula <br> • EMS activated (document arrival and transport times, and facility transferred to) <br> • Notify provider as indicated <br><br> **Patient Education** <br> • Notify medical if symptoms persist or worsen <br> • Patient verbalizes understanding |

|  |  |  |  |
|---|---|---|---|
| **Opens Eyes** | Spontaneous | 4 | 4 |
|  | To voice | 3 |  |
|  | To painful stimuli | 2 |  |
|  | No response | 1 |  |
| **Verbal Response** | Oriented | 5 | 5 |
|  | Confused, disoriented | 4 |  |
|  | Inappropriate words | 3 |  |
|  | Incomprehensible sounds | 2 |  |
|  | No response | 1 |  |
| **Motor Response** | Obeys commands | 6 | 6 |
|  | Localizes painful stimuli | 5 |  |
|  | Flexion/withdrawal from painful stimuli | 4 |  |
|  | Abnormal flexion to painful stimuli (decorticate response) | 3 |  |
|  | Extension to painful stimuli (decerebrate response) | 2 |  |
|  | No response | 1 |  |
|  |  |  | 15 |

Follow-Up
• Follow up with nurse _____
• Follow up with practitioner
• Follow up with practitioner for possible CCC enrollment
• Other Mental health referral
done

**A)** Disturbed thought process(es) _____

Signature/Title _____

Rev. 6/27/2018 Wexford Health Sources, Inc. PROPRIETARY and CONFIDENTIAL        **ALTERED MENTAL STATUS**

**Wexford Health** SOURCES INCORPORATED

**ALABAMA PROGRESS NOTES**

HSR#
Date/Time: 6-11-19 / 0836

Offender Information:
Last Name: Coleman
First Name: Demareus
MI:
ID#: 300844

## BACKACHE

### Subjective, Objective, Assessment

S) "My spine/whole back hurts"

Allergies? NKA   Meds? Yes

Cause of pain? Got into it c the Police

Was the pain immediate or delayed? immediate

Duration of pain: Since April 15th

Location and pattern (radiation) what worsens/eliminates? Sleeping

How severe (wake you up at night, worse with cough?)
Yes / No

Fever, chills, night sweats, dysuria: None

Pain on urination? Y / N

Urinary frequency? Y / N

Color of urine: Normal

O) 97°
T 98.5   P 72   R 18   BP 100/60   WT 167

Limitation with movement? None noted

Gait disturbance? None noted

Distress or pain with movement, impaired ROM? Y / N

Any change from sitting to standing? Both hurt

Tenderness to touch? Yes

Swelling, redness, bruises? None
Lower Lungs: Congested, wheezing, normal lung sounds?

A) Alteration in Comfort

Signature/Title: [signature]

### Plans

P) 
Refer to Provider: Yes
- Abnormal vital signs or temperature > 100.5°F.
- Loss of sensation apparent.
- Difficulty walking.
- Complaints of numbness
- Patient appears in severe pain
- Abnormal vital signs.
- Urine is dark or bloody.
- Foot drop is present.
- No relief after 48 hour trial of treatment protocols side.

Nursing Intervention:
Apply cool compresses or moist heat to the affected areas prn.
Avoid sporting activities until pain has been gone for at least 2 weeks.
For discomfort:
If patient does not have contraindication to NSAIDs: give:
Ibuprofen 200 mg 2 tabs p.o. b.i.d. prn x 5 days (max OTC dose is 1200 mg per day).
NSAID contraindication: Acetaminophen 325 mg, up to 2 tablets p.o. t.i.d. p.r.n. x 5 days.
For chronic condition, heat packs PRN.
If indicated, bed rest and 24-48 hrs PRN, no lifting x 5 days.

Patient Teaching:
Proper body mechanics / safety measure.
Sports restriction (avoid weightlifting / strenuous activity).
If injury could have been prevented, instruct on safety measures.

Follow up:
Return to sick call if discomfort worsens or persists past 5 days or prevents normal activities.

Rev. 6/27/2018 Wexford Health Sources, Inc. PROPRIETARY and CONFIDENTIAL

BACKACHE

# Alabama Department of Corrections
## Sick Call Request



**Reason for Sick Call Request:**
I am constantly in pain inside of my back. Irritated day + night when I lay down or sit up straight. Also my headaches are starting to get worser than before, I'm constantly that's bothering me. Please help me.

**Name (print):** Demarcus Coleman   **AIS #** 300844   **Date of Birth:** [redacted]
**Institution:** W.E. Donaldson   **Housing Area:** W-40   **Date:** 6-13-19

**Sick Call Form Collected by Health Staff:** CN (initials)   **Title:** LPN   **Date:** 6-10-19   **Time:** 5pm

**Request Triaged (check as appropriate):**

A. ___ Sick Call Nurse Encounter Not Required
  (1) ___ Referring to Chronic Care Manager
  (2) ___ Written Response/Instruction Being Provided

B. ___ Nurse Sick Call Encounter Required
  (1) ___ Bring to HCU at this time for further evaluation
  (2) ___ Evaluate in next scheduled Nurse Sick Call Clinic

**Signature/Title:** _____   **Date:** _____

**Sick Call Encounter (Nurse Evaluation Tool Completed):**

1 ___ Resolved by Nurse Encounter
2 ___ Referral for follow up required; to be scheduled
  (a) ___ Medical Provider
  (b) ___ Dental Clinic
  (c) ___ Mental Health Services
  (d) ___ Other: _____

**Co-Pay Fee Incurred:**
___ $4.00 - Nurse
___ $4.00 - OTC(s); If Restrictive Housing-no OTC charge
___ $4.00 - Scheduled but Refused Encounter

**Inmate Name:** Demarcus Coleman   **AIS#:** 300844

ADOC-OHS form E-7 (a) 022013
Issued 10/2013, Revised 11/2014

Distribution: Original (page 1)-Inmate Health Record
Copy (page 3)-retained by inmate
Copy (page 2)-inmate post health review

# Alabama Department of Corrections
## Sick Call Request



**Reason for Sick Call Request:** — Mental Health

Having Dizzy spells + can't sleep longer than 1 to 2 hours.

**Name (print):** Demarcus Coleman   **AIS #** 300844   **Date of Birth:** [redacted]
**Institution:**   **Housing Area:** W-40   **Date:** July-19-2019

**Sick Call Form Collected** by Health Staff: W   (Initials) **Title:** RN   **Date:** 7·21·19   **Time:** 0800

### Request Triaged (check as appropriate):

A. ___ Sick Call Nurse Encounter **Not** Required
  (1) ___ Referring to Chronic Care Manager
  (2) ___ Written Response/Instruction Being Provided

B. _X_ Nurse Sick Call Encounter Required
  (1) ___ Bring to HCU at this time for further evaluation
  (2) _X_ Evaluate in next scheduled Nurse Sick Call Clinic

**Signature/Title:** N Smith RN   **Date:** 7·21·19

### Sick Call Encounter (Nurse Evaluation Tool Completed):

1 ~~Resolved by Nurse Encounter~~
  **Co-Pay Fee Incurred:**
  _X_ $4.00 – Nurse
  ___ $4.00 – OTC(s); If Restrictive Housing-no OTC charge
  ___ $4.00 – Scheduled but Refused Encounter

2 _X_ Referral for follow up required; to be scheduled
  (a) ___ Medical Provider
  (b) ___ Dental Clinic
  (c) _X_ Mental Health Services
  (d) ___ Other: _____

**Inmate Name:** Demarcus Coleman   **AIS#** 300844

ADOC-OHS form E-7 (a) 022013
Issued 10/2013, Revised 11/2014

Distribution: Original (page 1)–Inmate Health Record
Copy (page 3)–retained by inmate
Copy (page 2)–inmate post health review

**Wexford Health**
SOURCES INCORPORATED

ALABAMA
PROGRESS NOTES

HSR# _____
Date/Time 7-22-19/0927
**ALTERED MENTAL STATUS**

Offender Information:
Last Name: Colman   First Name: Demarcas   MI: ___   ID#: 300884

| Subjective, Objective, Assessment | Plans |
|---|---|
| S) The new threat medical malignment ???? How long have the symptoms been present? 2 weeks. Have you ever had this problem before? If yes, when? Describe. No. Abnormal behavior observed by whom? None. If signs of trauma are present, describe the injury. No. Use of alcohol or drugs in the past 2 weeks? Describe. denies. Any fever, chills, diaphoresis? None. Any dizziness/blurred vision, headache, loss of consciousness? Any hallucinations? Explain. No. Any nausea/vomiting? If so, describe frequency and duration. None. | **Urgent MD/PA/NP referral by nurse**<br>• Abnormal vital signs (T > 100, P > 100, SBP < 100)<br>• Glasgow coma scale ≤ 13<br>• Nausea/vomiting x ≥ 24 hours<br>• Weak/abnormal hand grips<br>• Unequal pupils<br>• Facial asymmetry<br>• Headache and stiff neck<br>• Abnormal fingerstick (non-diabetic: < 60 or > 200; diabetic: < 70 or > 240)<br>• Abnormal urine dip |
| O) 95%<br>T 98.8  P 117  R 18  BP 98/70  WT 172<br>Neurological examination<br>  Level of consciousness A&Ox3<br>  Behavior WNL<br>  Speech pattern WNL<br>  Eye examination PERRLA<br>  Facial symmetry =<br>  Hand grips =<br>  Breath sounds CTAB<br>Skin evaluation WNL<br>  Temperature warm<br>  Color WNL<br>  Apparent injury None<br>  Glasgow Coma Scale 15<br>  Fingerstick blood sugar 95<br>  Urine dip N/A | Nursing Interventions Mental Health referral<br>• CPR as indicated<br>• Oxygen at 2 LPM via nasal cannula<br>• EMS activated (document arrival and trans port times, and facility transferred to)<br>• Notify provider as indicated<br><br>**Patient Education**<br>• Notify medical if symptoms persist or worsen<br>• Patient verbalizes understanding |

| | | Points | Score |
|---|---|---|---|
| **Opens Eyes** | Spontaneous | 4 | 4 |
| | To voice | 3 | |
| | To painful stimuli | 2 | |
| | No response | 1 | |
| **Verbal Response** | Oriented | 5 | 5 |
| | Confused, disoriented | 4 | |
| | Inappropriate words | 3 | |
| | Incomprehensible sounds | 2 | |
| | No response | 1 | |
| **Motor Response** | Obeys commands | 6 | 6 |
| | Localizes painful stimuli | 5 | |
| | Flexion/withdrawal from painful stimuli | 4 | |
| | Abnormal flexion to painful stimuli (decorticate response) | 3 | |
| | Extension to painful stimuli (decerebrate response) | 2 | |
| | No response | 1 | |
| | | Score | 15 |

Follow-Up
• Follow up with nurse _____
• Follow up with practitioner
• Follow up with practitioner for possible CCC enrollment
• Other Mental Health referral made

A) Disturbed thought process(es)

Signature/ Title _____

Rev. 6/27/2018 Wexford Health Sources, Inc. PROPRIETARY and CONFIDENTIAL         **ALTERED MENTAL STATUS**