Alabama Department of Corrections

USE OF FORCE

NCDT013

**INVESTIGATIVE REPORT**

**Incident No:** WDCF-19-00818   **Date:** 04/15/2019   **Time:** 11:00AM

**List below personnel from Incident:**
MCLEMORE, ZACKERY

**List below inmates from Incident:**
COLEMAN, DEMARCUS

**Type of Force:**   Chemical Agents/  Physical/

**Finding:**

This investigation was conducted by Captain Shannon Caldwell by interviewing Roderick Gadson and Zackary McLemore, along with inmate Demarcus Coleman 300844, as well as reviewing all available documentation pertaining to the incident.

On April 15, 2019, Officer McLemore opened the door to cell to inmate Coleman to conduct feeding. While the door was open, inmate Colman exited his cell door with his fist clinched. Officer Gadson gave inmate Coleman a order to step back in the cell inmate Coleman refused. Officer McLemore sprayed his assigned Sabre Red into inmate Coleman's facial area. Officer McLemore then conduct several palm heel strikes to the facial area of inmate Coleman's facial area to stop inmate Coleman's progression towards him. Officer Gadson grabbed inmate Coleman and took the floor. Inmate Coleman was escorted the Infirmary for a medical evaluation and decontamination.

This use of force was justified and a reasonable level of force to control inmate Coleman's actions.
5/15/2019 10:08 PM by \shannon.caldwell

**Recommendations of Investigating Officer:**

The use of force is justified. Officers Mclemore and Gadson used a reasonable amount of force to control the situation and achieve a legitimate correctional objective.

5/17/2019

_____
**Captain Shannon Caldwell  Signature**                                                        **Date**

On 4-15-2019 I, Correctional Officer Roderick Gadson was assigned as a rover on Y-side (the behavior modification unit). While conducting feeding on Y-side cell's 13-24 I, Correctional Officer Roderick Gadson and Zack McLemore was attempting to feed inmate Demarcus Coleman B/M 300844 who is assigned to cell Y-15. inmate Coleman stepped out of the cell and demanded a fight with Officer McLemore, I, Officer Gadson tried to defuse the situation, inmate Coleman stated he was not going back into the cell unless Officer McLemore fought him. inmate Coleman was sprayed in the facial area, I Officer Gadson assisted Officer

McLemore with taking inmate Coleman down and ~~handcuffed~~ handcuffing him to the rear. <u>End of Statement</u>

*R. Hudson CO* (signature)

## Statement

③

On April 15, 2019 at approximately I, Correctional Officer Zackery McLemore (Y-unit BMU Rover) was conducting feeding in cells Y-24 - Y-13. I opened cell Y-15 inmate Demarcus Coleman B/300844 stepped out of his cell with his fist clentched. Inmate Coleman stated ~~xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx~~ He wanted to catch the one with the white officer. I gave inmate Coleman a direct order to calm down and step back inside his cell. Inmate Coleman refused to comply and stated he was going to beat my ass. Inmate

Coleman assumed a boxers stance. I gave inmate Coleman a direct order to step back inside the cell. Inmate Coleman refused. I retrieved my SABRE Red Chemical agent (Can# 72, Chit #72, Serial #5018307) and administered a one-one second burst to inmate Coleman's facial area. The chemical agent had no effect on inmate Coleman. Inmate Coleman began swinging wildly at me. I administered a series of palm heel strikes to inmate Coleman's facial area. With the assistance of Officer Roderick Gadson I was able to get inmate Coleman on the floor. I applied handcuffs to the rear of inmate Coleman and double locked them. Inmate Coleman was escorted to the infirmary for decontamination and a body chart.

Alabama Department of Corrections

## INMATE WRITTEN STATEMENT

Incident Number: _____
Date of Incident: 4-15-2019

Sworn Statement:

I **Demarcus Coleman B/300844** (Name), want to make the following statement under oath: (from officer binder)

I was walking to the door to get my tray to eat, when I noticed an officer standing beside door with mase pointed toward me. It hit me right in the eyes so I fell to the ground & tried to ball up but Co Jumped on top of me punching me in the face & kicking me. They drugged me out full of blood, then I went to infirmity to get body chart. Then officer Maclamore walked me back to my cell soaking wet and handcuffed them told me to drop clothes & fight like a man. I sat down & told him I have a daughter I'm trying to go home to. That's when he punched me in my head, then I curled up the contined to kick me in ribs. B4 incedent occured I was told I was going to look like the first guy they beat up. That when I went into my window & talked to chapel about wat was fixing to happen. Then chaplan told me he Just told the captain & they were being Advised. 5 min later my door opened & I was blinded

I have not been threatened, intimidated, or coerced in any way in reference to this statement. I make this statement of my own free will and accord.

**Demarcus Coleman** (Printed Name)    **Demarcus Coleman** (Signature)    4-16-19 (Date)

When additional pages are utilized, the statement will be concluded on another copy of this form, be initialed by the inmate making this statement, and numbered as "Page ___ of ___ pages."

_____ (Initials)    Page: ___ of ___ pages

ADOC Form 327-B – April 26, 2011

Page 4 of 4    AR 327 Change 1 – April 26, 2011

# Alabama Department of Corrections
## INCIDENT REPORT

| 1. Institution/Division: WILLIAM E. DONALDSON CORR. FAC | 2. Date: 4/15/2019 | 3. Time: 11:00:00 AM | 4. Inc. No: WDCF-19-00818 Class Code: B |
|---|---|---|---|
| 5. Type of Incident - PRIMARY: Assault-Inmate-on-Employee | | 6. ASCA Incident Type - PRIMARY: III 2.3 Inmate-on-Staff Assaults that did not involve serious injury. | |
| 7. Type of Incident - Secondary: Use of Force - Chemical Agents/Electric Restraints/Impact Weapon/Physical | | 8: ASCA Incident Type - Secondary: III 13.1 Immediate Use of Force | |
| 9. Who Received Report: THRASHER, CLINTON    F | | 10. Time Incident Reported: 4/15/2019 11:10:00 AM | |
| 11. Location of Incident: Y-Unit | | | |

| 12. Victim(s): | Name MCLEMORE, ZACKERY | AIS Staff |
|---|---|---|
| 13. Suspect(s): | Name COLEMAN, DEMARCUS | AIS 00300844 |
| 14. Witness(es): | Name N/A | AIS |

**PHYSICAL EVIDENCE:**

| 15. Type of Evidence / Description: N/A | 16. Chain of Evidence / Location & Date: N/A |
|---|---|

**17. Narrative Summary:**

On April 15, 2019 at approximately 11:00am, Correctional Officers Joe Binder, Roderick Gadson and Zackary McLemore were issuing food trays. When Officer McLemore opened the door to cell Y-15, inmate Demarcus Coleman B/300844 (Y-15) exited his cell door with his fist clinched. Inmate Coleman stated "I want to catch the one with the white boy!" Officer Gadson attempted to calm inmate Coleman. Inmate Coleman stated "I'm not going back in the cell until I catch the one!" Officer McLemore deployed a one second burst of Sabre Red (Chit 72 Serial 5018307) into inmate Coleman's facial area. Officer McLemore deployed several palm heel strikes to the facial area of inmate Coleman's facial area to stop inmate Coleman's aggressive progression. Officer Gadson took inmate Coleman to the floor. Inmate Coleman was escorted the Infirmary for a medical evaluation and decontamination. At approximately 11:30 a.m. Licensed Practical Nurse Jacki Pedigo conducted a medical evaluation on inmate Coleman (see attached body chart). The incident was reported to Correctional Sergeant William Patrick, Correctional Lieutenant Clinton Thrasher and Correctional Captain Deaundra Johnson. Pictures and statements were obtained for a use of force investigation (see attached). Inmate Coleman was placed in cell Y-7 pending disciplinary action for assault on a persons associated with the ADOC. 4/15/2019 1:54 PM by clinton.thrasher 5/7/2019 12:56 PM by richard.godsey 5/7/2019 12:59 PM by clinton.thrasher 5/17/2019 6:56 AM by christopher.gordy

Signature: _____

Exhibit E

Exhibit E





Exhibit E



Exhibit E



Exhibit E

Exhibit E

Exhibit E



Exhibit E

Exhibit E

