UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DEMARCUS COLEMAN   #300844** | ) |
| **Plaintiff,** | ) |
| vs. | ) CASE NO. 2:19-CV-00899-LSC-SGC |
| **CORRECTION OFFICER ZACKERY McLEMORE, et al.,** | ) |

AFFIDAVIT

Before me, the undersigned authority, a Notary Public, in and for said County and State of Alabama at large, personally appeared Keller Speaks who being known to me and being by me first duly sworn, deposes and says on oath as follows:

My name is Keller Speaks. I am currently employed with the Alabama Department of Corrections as Correctional Officer at William E. Donaldson Correctional Facility, Bessemer, AL 35023.

I, Correctional Officer Keller Speaks, am named in Inmate Demarcus Coleman's M/300844 complaint. On the date of April 15, 2019, I was not present at the time of the alleged incident involving inmate Coleman. I arrived at my assigned post of X&Y at approximately 10:45 a.m. I have no knowledge of the alleged incident involving inmate Coleman.

_____
Keller Speaks, Correctional Officer

Sworn and subscribed before me and given under my hand and official seal this the 12th of August, 2019

NOTARY PUBLIC _Taylor A. Rutley_
My Commission Expires: __10-31-20__