IN the United States District Court
FOR the Northern District of Alabama
Southern Division

#300844
DeMarcus Coleman,

 Plaintiff,

v.

Correctional Officer
Zackery McLemore, Et Al.,

 Defendants.

Case No. 2:19-CV-00899-LSC-SGC

## Motion For Discovery

Comes now Plaintiff DeMarcus Coleman asking this Honorable Court to Grant him access to his medical records for the days of April 15 and 16 of the incident to further support his claim.

1. Plaintiff need all his body charts of 4-15-19 and 4-16-19 in his files.

2. Plaintiff states all this material is evidence to the truth which set forth specific fact's of his injuries and there's a genuine issue deserve Justice.

Respectfully Submitted

Demarcus Coleman
  Name

## Certificate of Service

I hereby certify that I have on 29 day of Nov put the foregoing In U.S. Post Serice And I further certify that I have mailed a copy of the foregoing to the following:

Office of the Attorney General
501 Washington Avenue
Montgomery AlA, 36130-0152

_____
NAME