# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **DEMARCUS COLEMAN,** ) | |
| **AIS# 300844,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **CIVIL ACTION NO.:** |
| ) | **2:19-cv-00899-LSC-SGC** |
| ) | |
| **CORRECTIONAL OFFICER** ) | |
| **ZACHARY MCLEMORE, et al.,** ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR EXTENSION OF TIME TO RESPOND TO THIS COURT'S ORDER (DOC. 26)

COME NOW the Defendants, Zachary McLemore, Joe L. Binder, Keller Speaks and Roderick Gadson, by and through undersigned counsel, and move for an extension of time of twenty-eight (28) days to respond to this Court's Order dated January 3, 2020 (Doc. 26) and for grounds state as follows:

1. The Defendants' response to Plaintiff's Motion for Discovery in this cause is due today, January 31, 2020.

2. The undersigned has requested medical records from the medical unit at Donaldson Correctional Facility and the medical unit's attorney, but as of today, this office has not received the requested medical records.

1

3. The undersigned, therefore, requires additional time to properly respond to Plaintiff's Motion for Discovery.

4. This enlargement is not requested for any improper purpose and should not prejudice or disadvantage the inmate Plaintiff.

WHEREFORE, based on the foregoing, Defendant respectfully requests an enlargement of time of twenty-eight (28) additional days, up to and including **Thursday, February 28, 2020**, to file his Special Report.

Respectfully submitted,

STEVE MARSHALL
ATTORNEY GENERAL

/s/ J. MATT BLEDSOE
J. MATT BLEDSOE (BLE006)
Assistant Attorney General
Counsel for Defendants McLemore, Binder, Speaks and Gadson

**OF COUNSEL:**

OFFICE OF THE ATTORNEY GENERAL
501 Washington Avenue
Montgomery, Alabama 36130
334-242-7443
Matt.Bledsoe@AlabamaAG.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that I have on this the January 31, 2020, filed the foregoing with the Clerk of the Court, using the ECF filing system, and that I have further served a copy of the foregoing upon the following parties, by placing same in the United States Mail, postage prepaid and properly addressed as follows:

>Demarcus Coleman, AIS # 300844
>W.E. Donaldson Correctional Facility
>100 Warrior Lane
>Bessemer, AL 35023

      /s/ J. MATT BLEDSOE
      OF COUNSEL