FILED
2020 Feb-27 PM 03:19
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **DEMARCUS COLEMAN,** ) | |
| **AIS# 300844,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **CIVIL ACTION NO.:** |
| ) | **2:19-cv-00899-LSC-SGC** |
| ) | |
| **CORRECTIONAL OFFICER** ) | |
| **ZACHARY MCLEMORE, et al.,** ) | |
| ) | |
| Defendants. ) | |

## SUPPLEMENTAL SPECIAL REPORT

COME NOW the Defendants, Zachary McLemore, Joe L. Binder, Keller Speaks and Roderick Gadson, by and through undersigned counsel, and respond to this Honorable Court's Order of January 3, 2020 (Doc. 26), by submitting the following:

Exhibit G –  Plaintiff's body charts and medical records completed for April 15 and 16, 2019.

Respectfully submitted,

STEVE MARSHALL
ATTORNEY GENERAL

 /s/ J. MATT BLEDSOE
J. MATT BLEDSOE (BLE006)
Assistant Attorney General
Counsel for Defendants McLemore, Binder, Speaks and Gadson

OF COUNSEL:

OFFICE OF THE ATTORNEY GENERAL
501 Washington Avenue
Montgomery, Alabama 36130
334-242-7443
Matt.Bledsoe@AlabamaAG.gov

## CERTIFICATE OF SERVICE

I hereby certify that I have on this the February 27, 2020, filed the foregoing with the Clerk of the Court, using the ECF filing system, and that I have further served a copy of the foregoing upon the following parties, by placing same in the United States Mail, postage prepaid and properly addressed as follows:

>Demarcus Coleman, AIS # 300844
>W.E. Donaldson Correctional Facility
>100 Warrior Lane
>Bessemer, AL 35023

    /s/ J. MATT BLEDSOE
    OF COUNSEL