## Alabama Department of Corrections
### Inmate Body Chart Documentation Form

Institution: Donaldson   Date: 4-15-19   Time: 2000

Individual Requesting Body Chart (print name): Jenkins   Title: LT

**Inmate statement:**

"I was beat up by the police" "I don't know why"



**Description of markings:**

Bruise to whole forehead and right shoulder + upper right arm. Abrasion to Right forehead approx 9cm. Bruise on bridge of nose and on head behind right ear.

Check below:
___ *NET additionally completed and filed in the inmate health record.
___ *Special Health Needs Communication Form completed and distributed, as necessary.

Health Professional (signature): L Hyatt LPN   Date: 4-15-19   Time: 2005

Inmate Name: DeMarcus Coleman   AIS #: 300844   DOB: [redacted]

File: Original-Inmate Health File   Copy: ADOC Official
ADOC Office of Health Services   Form E 11 (a) 8/2014

Issued 8/2014

Page 1 of 3   Exhibit G

Alabama Department of Corrections
## Inmate Body Chart Documentation Form



Institution: **WEDCF**  Date: **4.15.19**  Time: **1128**

Individual Requesting Body Chart (print name): **Mechalske**  Title: **Sgt**

**Inmate statement:**

"I opened the door to get my tray and got sprayed and beat with sticks."

[Body diagrams with annotations: "Scratches + contusion", "Small contusion", "contusion", "Large contusion", "contusion"]

**Description of markings:**

Multiple contusions to forehead. Scratches/contusion behind (L) ear, Small contusion behind (R) ear.

Check below:
___ *NET additionally completed and filed in the inmate health record.
___ *Special Health Needs Communication Form completed and distributed, as necessary.

Health Professional (signature): **J. Pedigo LPN**  Date: **4.15.19**  Time: **1130**

Inmate Name: **Coleman, Demarcus**  AIS #: **300844**  DOB: [redacted]

File: Original-Inmate Health File   Copy: ADOC Official
Issued 8/2014   ADOC Office of Health Services   Form E 11 (a) 8/2014



**SYMBOL KEY**
A: ABSENT
*: SEE NOTES
H: HELD
M: MISSED
R: REFUSED
N: NO SHOW
C: COMPLETED

**SITE KEY**
1. ORALLY
2. RIGHT BUTTOCKS (GLUTEUS)
3. LEFT BUTTOCKS (GLUTEUS)
4. RIGHT VENTRAL GLUTEUS
5. LEFT VENTRAL GLUTEUS
6. RIGHT THIGH (QUADRICEPS)
7. LEFT THIGH (QUADRICEPS)
8. RIGHT KNEE
9. LEFT KNEE
10. RIGHT ARM (DELTOID)
11. LEFT ARM (DELTOID)
12. RIGHT ARM (DELTOID) BACK
13. LEFT ARM (DELTOID) BACK
14. LEFT LEG REAR
15. RIGHT LEG REAR
16. RIGHT ANTERIOR THIGH
17. LEFT ANTERIOR THIGH
18. LOWER BACK LEFT
19. LOWER BACK RIGHT
20. UPPER BACK LEFT
21. UPPER BACK RIGHT
22. UPPER CHEST LEFT
23. UPPER CHEST RIGHT
24. ABDOMEN UPPER QUADRANT RIGHT
25. ABDOMEN UPPER QUADRANT LEFT
26. ABDOMEN LOWER QUADRANT RIGHT
27. ABDOMEN LOWER QUADRANT LEFT
28. PIC LINE
29. MEDIPORT
30. RIGHT NARE
31. LEFT NARE
32. OTHER
33. RIGHT EYE
34. LEFT EYE
35. BOTH EYES
36. LEFT EAR
37. RIGHT EAR
38. BOTH EARS
39. BOTH NARES
40. RECTUM
41. JUGULAR RIGHT
42. JUGULAR LEFT
43. SUBCLAVIEN RIGHT
44. SUBCLAVIEN LEFT
45. DELTOID RIGHT
46. DELTOID LEFT
47. UPPER ARM RIGHT
48. UPPER ARM LEFT
49. ANTECUBITAL RIGHT
50. ANTECUBITAL LEFT
51. FOREARM RIGHT
52. FOREARM LEFT
53. WRIST RIGHT
54. WRIST LEFT
55. ABDOMEN
56. OUTER THIGH RIGHT
57. OUTER THIGH LEFT
58. VASTUS LATERAL RIGHT
59. VASTUS LATERAL LEFT
60. FEMORAL VEIN RIGHT
61. FEMORAL VEIN LEFT
62. LOWER LEG RIGHT
63. LOWER LEG LEFT
64. FOOT RIGHT
65. FOOT LEFT
66. TRICEP LEFT
67. TRICEP RIGHT
68. HAND LEFT
69. HAND RIGHT
70. DORSOGLUTEAL LEFT
71. DORSOGLUTEAL RIGHT
72. VENTROGLUTEAL LEFT
73. VENTROGLUTEAL RIGHT

## ROUTINE MEDICATION

| EFFECTIVE DATES | MEDICATION | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| START 03/21/2019 STOP 06/18/2019 RX 12847791 76.6% | **Fluoxetine 40mg Capsule** SUB FOR: PROZAC TAKE 1 CAPSULE(S) ORALLY AT BEDTIME - JOHNSON, BRIANNA | 16:00 | AH1 | FR | AH1 | AH1 | TC | JN | JN | AH1 | FR | FR | FR | AD | BM | JP | FR R | FR R | AH1 R | SR R | BM R | AH1 R | AH1 R | AH1 R | AD | AH | BM | BM | BM A | FR | AD R | LH H | |
| START 03/21/2019 STOP 06/18/2019 RX 12847783 75% | **HydrOXYzine Pam 50mg Cap** SUB FOR: VISTARIL TAKE 1 CAPSULE(S) ORALLY AT BEDTIME - JOHNSON, BRIANNA | 16:00 | AH1 | FR | AH1 | AH1 | TC | JN | JN | AH1 | FR | FR | FR | AD | BM | JP | FR R | FR R | AH1 R | SR R | BM R | AH1 R | AH1 R | AH1 R | AD | AH | BM | BM | BM A | FR | AD R | LH H | |

| INIT | FULL NAME | INIT | FULL NAME | INIT | FULL NAME |
|---|---|---|---|---|---|
| AD | DAVIS, AKERIA | FR | RAMIREZ, FRANCISCA | SR | ROMAN, SHELLY |
| AH | HARDIE, ANGELA | JN | NORRIS, JULIA | TC | COOK, TAMBERLY |
| AH1 | HORTON, ANDREA | JP | PEDIGO, JACKLYN | | |
| BM | MCGOUGH, BOBBY | LH | HYLTON, LINDA | | |

**Diagnosis**
**Allergies** NO KNOWN DRUG ALLERGY
**Facility** ALDC - DONALDSON CORR FACILITY
**DOB** [redacted]  **Gender** M   **Alt Num**   **Agency** DONALDSON CORR FACILITY   **SSN**
Y - Y7 - 1A -
**COLEMAN, DEMARCUS - 00300844**

April 2019
PAGE 1 OF 1