# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| DEMARCUS VIDAL COLEMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:19-cv-00899-LSC-SGC |
| ) | |
| ZACKERY McLEMORE, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM OPINION AND ORDER

The magistrate judge entered a report and recommendation on August 24, 2020. (Doc. 31). The report, which construed the defendants' special report as a motion for summary judgment, recommended the motion be granted in part and denied in part. (*Id.*). Specifically, the magistrate judge recommended the motion be granted as to the plaintiff's claims: (1) against the Alabama Department of Corrections; and (2) concerning the denial or delay of medical and mental health care. (*Id.*). The magistrate judge further recommended the motion be denied as to the plaintiff's Eighth Amendment excessive force claims against the correctional officer defendants in their individual capacities. (*Id.*). Although the report and recommendation advised the parties of their rights to file specific written objections within fourteen days, neither party has objected.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** the recommendation. Accordingly, the defendants' motion for summary judgment is: (1) **GRANTED** as to the plaintiff's claims against the Alabama Department of Corrections and claims concerning the denial or delay of medical and mental health care; and (2) **DENIED** as to the remaining claims. This matter is **REFERRED** to the magistrate judge for further proceedings.

**DONE** and **ORDERED** on September 30, 2020.

_____
L. Scott Coogler
United States District Judge

160704