UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DEMARCUS VIDAL COLEMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:19-cv-00899-LSC-SGC |
| ) | |
| ZACKERY McLEMORE, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

This is an action brought by Demarcus Vidal Coleman, who is currently proceeding *pro se*. The plaintiff's previous motions seeking appointment of counsel were denied without prejudice. (Docs. 4, 11, 17, 20). Based on review of the record, the undersigned has determined that appointment of counsel for the plaintiff is warranted at this time.[1] *See Fowler v. Jones*, 899 F.2d 1088, 1096 (11th Cir. 1990); *German v. Broward Cty. Sheriff's Office*, 315 F. App'x 773, 777 (11th Cir. 2009) (finding appointment of counsel necessary for plaintiff to effectively present his case).

Pursuant to the Plan for Pro Bono Counsel for Qualified Unrepresented Parties in Civil Cases, effective November 18, 2016, this matter is referred to the Clerk for selection of counsel from the Panel. The Clerk shall randomly select an

---

[1] Publication of this Order is not an affirmation of the validity of the plaintiff's case.

attorney from the Civil Pro Bono Panel and notify the attorney of his or her selection. Within fourteen (14) days of notification, the attorney shall either (1) enter a written notice of appearance or (2) notify the Clerk by letter of his or her declination in accordance with provisions of the plan. The plaintiff is **ADVISED** that publication of this Order does not guarantee he will receive appointed counsel. Appointment of counsel in a civil case is not a constitutional right, but rather a privilege. *Fowler*, 899 F.2d at 1096.

Unless the plaintiff and the attorney reach an agreement otherwise, the appointment of counsel pursuant to this order is only with respect to this action and for its remainder, and not with respect to any other matter or on any appeal from, remand of, or collateral action commenced in connection with this action after entry of final judgment in the case. The Clerk is DIRECTED to provide a copy of this order to the plaintiff.

**DONE** this 14th day of October, 2020.

*/s/ Staci G. Cornelius*
STACI G. CORNELIUS
U.S. MAGISTRATE JUDGE