# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| DEMARCUS COLEMAN, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:19-cv-00899-LSC-SGC |
| ZACKERY McLEMORE, et al., | ) |
| Defendants. | ) |

## ORDER

This is a *pro se* case filed pursuant to 42 U.S.C. § 1983 by Demarcus Coleman. Coleman's individual capacity claims for excessive force against the correctional officer defendants have survived summary judgment and are ready to prepare for trial. (Doc. 33). At the time he filed this matter, Coleman was incarcerated. However, in his last filing, Coleman noted he was scheduled for release on January 1, 2021; he stated he would update his address following release. (Doc. 35).[1] A review of the Federal Bureau of Prisons' online prisoner location tool reveals Coleman was released as scheduled. However, Coleman has not provided a new address.

The signature page of the form complaint Coleman completed to initiate this

---

[1] The most recent filing included a request for a 60-day extension. (Doc. 35). Because there are no impending deadlines in this case, the Clerk of Court is **DIRECTED** to **TERM** the motion. (*Id.*).

1

matter advised Coleman of his duty to keep the court apprised of any change to his address; it also warned that a failure to update his address could result in dismissal of Coleman's claims. (Doc. 1 at 10). Coleman complied with this requirement when his address changed in the past. (Doc. 32).

Without a current address, the court is unable to communicate with Coleman. Moreover, in light of Coleman's past practice of advising the court when his address changed, the court questions whether he wishes to pursue his claims following his release. Accordingly, Coleman is **ORDERED** to provide the court with his current address within twenty-one calendar days; in the filing, Coleman **SHALL** indicate whether he intends to continue pursuing his remaining claims.

The Clerk of Court is **DIRECTED** to mail a copy of this order to Coleman at his address of record.

**DONE** this 4th day of February, 2021.

_Staci G. Cornelius_
STACI G. CORNELIUS
U.S. MAGISTRATE JUDGE