Demarcus Coleman
704 15th Court NW
Birmingham, AL 35215



February 10, 2021

US District Court, Northern District of Alabama
Hugo L. Black Courthouse
Clerk's Office, Room 140
1729 5th Ave. North
Birmingham, AL 35203-2195

Dear Clerk's Office:

My name is Demarcus Coleman, petitioner in the matter of *Coleman v. McLemore, et al.* (Case No. 2:19-CV-899-LSC-SGC).

I am requesting a status update regarding the appointment of counsel to my case. On October 10, 2020, I received the following notice:

> This is an action brought by Demarcus Vidal Coleman, who is currently proceeding pro se. Based on review of the record, the undersigned has determined that appointment of counsel for the plaintiff is warranted at this time. Pursuant to the Plan for Pro Bono Counsel for Qualified Unrepresented Parties in Civil Cases, effective November 18, 2016, this matter is referred to the Clerk for selection of counsel from the Panel. Signed by Magistrate Judge Staci G Cornelius on 10/14/2020

Since that notice, I have not received any information about the attorney appointed to represent me. Has anyone been assigned to my case?

I am worried about missing a deadline since I currently am awaiting appointment of counsel. Please let me know whether an attorney has been appointed to help me and, if not, when I can expect for one to be assigned.

Please provide the update to me by phone at (205) 585-2829 or at my new mailing address listed above (which should have been processed as my new address via a letter from attorney Lauren Faraino dated January 12, 2021.

Thank you for your time and attention to this matter.

Sincerely,

Demarcus Coleman


