FILED
2021 Feb-23 PM 12:33
U.S. DISTRICT COURT
N.D. OF ALABAMA

OFFICE OF
CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
HUGO L. BLACK UNITED STATES COURTHOUSE
1729 5TH AVENUE NORTH
BIRMINGHAM, ALABAMA 35203-2037

OFFICIAL BUSINESS

RELEASED 2020

SECURITY

FEB 23

U.S. DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

RETURN TO SENDER

___ Incorrect or No Name/ Register Number
___ No Correspondence Approval on File
___ No Package Authorization on File
X Unable to locate



BIRMINGHAM AL 350
01 FEB 2021 PM 4

FIRST-CLASS

02 7H
0001249867  FEB 08 2021
MAILED FROM ZIP CODE 35203
US POSTAGE $000.51
PITNEY BOWES

```
Demarcus   Coleman 300844
TALLADEGA
FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. BOX 1000
TALLADEGA, AL 35160
```

--------------------------------------------------

Clerk,

12-2-2020

2020 DEC -2 A 11: 12

I'm writting to make the Aware of my whereabouts. I am currently At TALLADegA FCI. MY PRojected Release Date is Jan 1, 2021. IF my location changes Again I will let the court Know.

Thank you And I look Forward to Your SPeeDY Response AND Reply. I also ask that I get a 60-day extension on Proving my excessive Force claim. I've Just got over the coroniulrus and I need more time.

Demarcus Coleman #345-45-001
Demorcus coleman
TALLADegA FCI
PMB #1000
TALLADegA AL. 35160

NAME Dominus Colemen
REG. NO. 31545-001
FEDERAL CORRECTIONAL INSTITUTION
PMB 1000
TALLADEGA, AL 35160

BIRMINGHAM AL 350
30 NOV 2020 PM 1 L

SECURITY

02720

U.S. DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

Office of clerk
United States District court
Northern District of Alabama
Hugo L. Black United States courthouse
1729 5th Ave North
B'ham, AL 35203-2037

° Legal mail: