Demarcus Coleman
704 15th Court NW
Birmingham, AL 35215

February 22, 2021

US District Court, Northern District of Alabama
Hugo L. Black Courthouse
Clerk's Office, Room 140
1729 5th Ave. North
Birmingham, AL 35203-2195

Dear Clerk's Office:

My name is Demarcus Coleman, petitioner in the matter of *Coleman* v. *McLemore, et al.* (Case No. 2:19-CV-899-LSC-SGC).

I am responding the notice from February 4, 2021. I am writing to alert this court that I **do** wish to continue with my case.

I found out that I had to submit this notice on a phone call with Katie on February 22, 2021. The written notice went to my old address, and no notice was sent to my new address, despite my filing a change of address notice with the court. Please make sure this court has the above address for me, and that all future notices come to this address so I do not miss notices going forward.

I am also still waiting to be appointed an attorney for my case. I received a notice on October 14, 2020, that I would be appointed an attorney, and that the selected attorney had 14 days to either enter a notice of representation on my behalf, or decline. I never received any other updates related to this attorney appointment. Please let me know when I can expect my appointment.

Thank you for your time and attention to this matter.

Sincerely,

*Demarcus Coleman*

Demarcus Coleman