UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DEMARCUS COLEMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:19-cv-00899-LSC-SGC |
| | ) | |
| ZACKERY McLEMORE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## RESPONSE TO ORDER TO SHOW CAUSE

In response to the Court's Order to Show Cause, the plaintiff provides the following personal and financial information.

A. Plaintiff's full name: Demarcus Vidale Coleman

Present mailing address: 704 15th Court NW, Apt. 106

Birmingham, AL 35215

Telephone (if any): 205-585-2829

B. Are you presently employed?  Yes  X   No ____

If the answer is "yes," give the name and address of your employer and the amount of your usual weekly salary or wages.

Stellar Staffing, 206 Green Springs Hwy, Homewood, AL 35209

Weekly earnings: $180 over a 1-month period; this is a temp service, so income is not regular

If you are not presently employed, give the name and address of your last employer, when you last worked, and the amount of the weekly salary or wages you were receiving.

_____

_____

_____

Date last worked:_____

Weekly earnings:_____

If you are not presently employed, explain to the Court how your shelter and meals are provided._____

_____

C.  Approximately how much money have you received in the past twelve months: $390 (since being released from prison on 12/31/2020)

(1) as wages, salary, commissions, or earned income of any kind?  $ 390

(2) as interest, dividends, rents, or investment income of any kind?  $ 0

(3) as gifts or inheritance?  $ 0

(4) from social security, unemployment compensation, or any form of state or federal welfare payments or benefits?  $ 0

(5) from pensions, annuities, workmen's compensation, disability, or other

insurance policies? $ 0

(6) from all other sources? $ 0

D. How much money do you own or have in any checking or saving accounts?

$ 10

E. Do you own any real estate, stocks, bonds, notes, automobiles, boats, or other valuable property (excluding ordinary household items and clothing)?

Yes _____   No  X

If the answer is "yes," describe the property and state its approximate value:

F. How much money do you owe to others?  $ 40/per month to federal probation

As to each debt of over $100.00, state the name of the creditor and the approximate amount owed:

G. List the persons who are dependent upon you for support, stating your relationship to them and how much you contribute each year toward their support.

3

No
_____

_____

H.   Are there any other persons regularly residing in your household who are over the age of 18 and who are presently employed?    Yes_____  No x_____

If the answer is "yes," provide the following information for each such person:

Name:_____

Relationship:_____

Employer:_____

Weekly earnings: $_____

Name:_____

Relationship:_____

Employer:_____

Weekly earnings: $_____

I.   Provide any additional information that you believe supports your claim that you cannot financially afford to pay court fees, costs, or security.

I live with my mother in an apartment with rent that is $800 per month. She had to leave her job when my grandmother died a few months ago. My mom has some money saved up but not much. As soon as I can get steady work, I will need to help out with rent and expenses. I try to keep my expenses like food, hygiene products, utilities and transportation as low as possible, but my mom has had to help me some since I got let go of my first job. I do not have a car and could not always get there on time, so they told me to come back when I had reliable transportation. I am trying to save up for a car and take the bus when I need to get to my temp jobs, but those only come up occasionally. I do not have any extra money or savings right now to pay court fees. Please consider waiving or postponing the $350 filing fee.

(Attach additional sheets as needed)

4

I do declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Dated March 23, 2020

SIGNATURE