# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| DEMARCUS COLEMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Case No. 2:19-cv-00899-LSC-SGC |
| | ) |
| ZACKERY McLEMORE, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

In response to the undersigned's prior order to show cause, the plaintiff has filed a motion seeking leave to proceed *in forma pauperis*. (Doc. 41). The motion is **GRANTED**. The plaintiff may proceed without prepayment of fees, costs, or security. The Clerk of Court is **DIRECTED** to send a copy of this order to the plaintiff.

**DONE** this 20th day of May, 2021.

_____
STACI G. CORNELIUS
U.S. MAGISTRATE JUDGE