# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| Demarcus Coleman | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| v. | ) | Case No **2:19-cv-00899-LSC-SGC** |
| | ) | |
| McLemore et al., | ) | |
| | ) | |
| DEFENDANTS. | ) | |

## **NOTICE OF APPEARANCE**

Please take notice that Richard A. Rice hereby enters his appearance as counsel for the Demarcus Coleman. Please serve a copy of all notices, correspondence or orders on Mr. Rice, who is admitted to practice in this Court, at the following address listed below in the signature line.

Respectfully submitted this the 4th day of June 2021,

                                                       */s/ Richard A. Rice*
                                                      Richard A. Rice

The Rice Firm, LLC
N. 115 Richard Arrington, Jr. Blvd.
Birmingham, AL 35203
Post Office Box 453
Birmingham, AL 35201
(205) 618-8733 ext 101
(256)529-0462 cellular
888.391.7193 facsimile
RRICE@RICE-LAWFIRM.COM

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that on the 4th day of June 2021 that a true and correct copy has been sent to the parties of record, by U.S. Mail or via the electronic document filing system utilized by this Court.

ALABAMA ATTORNEY GENERAL'S OFFICE
501 Washington Avenue
Montgomery, AL 36130
334-242-7300
Fax: 334-242-2433
Email: generalcivil@ago.state.al.us

                                                            */s/ Richard A. Rice*
                                                          Richard A. Rice