# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| DEMARCUS COLEMAN, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 2:19-cv-00899-LSC-SGC |
| ZACKERY McLEMORE, *et al.*, | ) ) ) | |
| Defendants. | ) | |

## ORDER

Presently pending is the plaintiff's unopposed motion seeking an extension of time to depose four non-party witnesses. (Doc. 52). The motion is **GRANTED**; the depositions **SHALL** be completed by January 31, 2022. Also by January 31, 2022, the parties are **ORDERED** to conduct an in-person settlement conference at a mutually agreeable location within the Southern Division of the Northern District of Alabama. No further extensions will be granted in this case.[1]

**DONE** this 20th day of December, 2021.

STACI G. CORNELIUS
U.S. MAGISTRATE JUDGE

---

[1] Although a previous order included the same warning, the court means it this time. (Doc. 51 at 4).