# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| DEMARCUS COLEMAN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ZACKERY MCLEMORE, *et al.*, ) <br> ) <br> Defendants. ) | Case No. 2:19-cv-00899-LSC-SGC |

## **ORDER**

This order memorializes the pretrial conference conducted via telephone on April 6, 2022. Participating in the pretrial conference were Richard Rice, counsel for the plaintiff, and Jason Bledsoe, counsel for the defendants. This case is set for a bench trial before United States District Judge L. Scott Coogler on **July 18, 2022,** at 9:00 A.M. in the Second Floor District Courtroom, Federal Building and Courthouse, 2005 University Boulevard, Tuscaloosa, Alabama, 35401.

The parties **SHALL** file any motions in limine, as well as any objections to witnesses and exhibits, no later than **June 17, 2022**. Counsel for the parties are **DIRECTED** to confer about whether the plaintiff will need to issue subpoenas to secure the attendance of witnesses employed by the Alabama Department of Corrections at trial. The court will issue writs ad testificandum as to the plaintiff's three inmate witnesses.

During the pretrial conference, the parties indicated an interest in mediation with a magistrate judge. Counsel for the parties are **DIRECTED** to confer and select at least three potential dates for mediation and provide those dates via an e-mail to chambers at cornelius_chambers@alnd.uscourts.gov no later than **April 20, 2022**.

Upon review of the defendants' amended pre-trial narrative, it appears some of the defendants are incorrectly identified on the docket. (Doc. 57).[1] Accordingly, the clerk is **DIRECTED** to update the docket to reflect the full and accurate spelling of the following defendants' names:

1. Joe L. Binder
2. Keller Speaks
3. Roderick Gadson

**DONE** this 14th day of April, 2022.

_____
STACI G. CORNELIUS
U.S. MAGISTRATE JUDGE

---

[1] The court notes that the defendants' pretrial narrative identifies defendant Zackery McLemore as "Zachary McLemore." However, Mr. McLemore's affidavit identifies him as Zackery McLemore. If Mr. McLemore is incorrectly identified on the docket, Defendants' counsel is **DIRECTED** to move the court to correctly identify Mr. McLemore on the docket.