# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **DEMARCUS COLEMAN,** )  | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **CIVIL ACTION NO.:** |
| ) | **2:19-cv-00899-LSC-SGC** |
| ) | |
| **CORRECTIONAL OFFICER** ) | |
| **ZACHARY MCLEMORE, et al.,** ) | |
| ) | |
| Defendants. ) | |

## JOINT NOTICE CONCERNING SETTLEMENT

COME NOW the parties, by and through undersigned counsel to hereby inform the Court that on July 8, 2022, the parties settled this case and the bench trial currently set for July 18, 2022 with the Honorable Staci G. Cornelius is no longer necessary. At the time of this filing, the settlement agreement has not yet been signed. Once the settlement agreement is signed and the settlement check has been issued, undersigned counsel will file a joint stipulation of dismissal.

| | |
|---|---|
| /s/ Richard A. Rice* | /s/ J. Matt Bledsoe |
| Richard Rice | J. Matt Bledsoe |
| The Rice Firm, LLC | Assistant Attorney General |
| 115 Richard Arrington Jr. Blvd. N. | Office of the Attorney General |
| Birmingham, AL 35203 | 501 Washington Avenue |
| Office: 205.618.8733 ext 101 | Montgomery, AL 36130 |
| Fax: 888.391.7193 | (334) 242-7300 (T) |
| RRice@rice-lawfirm.com | (334) 353-8400 (F) |
| * WITH PERMISSION | Matt.Bledsoe@AlabamaAG.gov |